IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re KING MWASI.            No. C 13-1864 NC (PR)

**ORDER OF TRANSFER**

    Plaintiff King Mwasi, a state prisoner currently incarcerated at Corcoran State Prison (CSP) in Corcoran, California, has filed a letter complaining of his treatment by staff at CSP, which the Court construes as an attempt to file a pro se complaint under 42 U.S.C. § 1983. Specifically, Plaintiff alleges that he suffers from medical and mental health problems which are untreated by CSP staff and that "bogus" rules violation reports have been used to place him in the Secured Housing Unit (SHU) where he does not have access to the canteen or television and, thus, he is going stir crazy.

    The acts complained of in Plaintiff's complaint occurred at CSP, which is located in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: May 10, 2013

NATHANAEL M. COUSINS
United States Magistrate Judge

G:\PRO-SE\NC\2013 CR\Mwasi 13-1864 CR transfer.wpd